UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 08-60177-CR-COHN-SELTZER

UNITED STATES OF AMERICA
            Plaintiff,

VS.

DIEGO LENIS,
            Defendant.
_____/

## ORDER GRANTING SENTENCE REDUCTION PURSUANT TO AMENDMENT 782

**THIS CAUSE** is before the Court upon Defendant Diego Lenis' Motion for Relief Under 18 U.S.C. § 3582(c)(2) [DE 113]. The Court has considered the Motion, the Government's response [DE 120], and is otherwise advised in the premises.

Since Mr. Lenis was previously sentenced to 292 months imprisonment following his guilty plea to various drug offenses, Amendment 782 to the United States Sentencing Guidelines would reduce his offense guidelines by two levels resulting in a revised range of 235 to 293 months. The Government does not oppose a reduction of Mr. Lenis' sentence. Having considered the revised range and the factors set forth in 18 U.S.C. § 3553(a), it is thereupon

ORDERED AND ADJUDGED that Defendant Diego Lenis' Motion for Relief Under 18 U.S.C. § 3582(c)(2) is hereby **GRANTED** and Mr. Lenis' sentence is reduced from 292 months in prison to 235 months in prison effective November 1, 2015. All other provisions of the Court's prior sentence shall remain in full force and effect.

DONE AND ORDERED at Fort Lauderdale, Florida, this 5th day of January 2015.

JAMES I. COHN
UNITED STATES DISTRICT JUDGE

cc:    Jennifer Keene, AUSA
Diego Lenis, Pro Se
Reg No. 77740-004
FMC Lexington
P.O. Box 14500
Lexington, KY 40512-4500
U.S. Marshals
Bureau of Prisons